IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE LAMAR HENDERSON,** | : | Civil No. 1:18-cv-1865 |
| **Petitioner,** | : | |
| v. | : | |
| **CLAIR DOLL,** | : | |
| **Respondent.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 11) is **ADOPTED**.

2) The petition for habeas corpus (Doc. 1) is **DISMISSED**.

3) The Clerk of Court is directed to close this file.

                                                        s/Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: January 3, 2019